| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>McKeague, David W. | 2. Court or Organization<br><br>U.S. Court of Appeals - Sixth | 3. Date of Report<br><br>06/08/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>315 W. Allegan Street<br>Lansing, MI 48933 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Michigan State University College of Law |
| 2. Board Member | Federal Judges' Association |
| 3. Board Member | Michigan State University College of Law |
| 4. | |
| 5. | |

DISCLOSURE OFFICE FINANCIAL 2009 JUN 16 A 11:00 RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

McKeague_David_W

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 06/08/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Michigan State University College of Law (approved teaching) | $25,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Michigan Health & Hospital Association - wages |
| 2. 2008 | Accident Fund Insurance Company - Director fees |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Northwestern University | 03/06/08-03/07/08 | Chicago, IL | Moot court competition | Lodging, transportation, meals |
| 2. University of Texas | 04/10/08-04/11/08 | Austin, TX | Speaker at workshop | Lodging, transportation, meals |
| 3. Michigan State University | 05/05/08-05/06/08 | Williamsburg, VA | Court affiliates conf. | Lodging, transportation, meals |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 06/08/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae Servicing Corporation | Student loans | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 06/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Stonehedge LP | A | Dividend | K | W | | | | | |
| 2. National City Bank | A | Interest | J | T | | | | | |
| 3. Ohio National Univ. Life | | None | K | T | | | | | |
| 4. IRA 1 | E | Dividend | O | T | | | | | |
| 5. -Schwab Advisor Cash Reserve | | | | | | | | | |
| 6. -PIMCo Low Duration | | | | | Sold (part) | 4/4 | J | A | |
| 7. | | | | | Buy (add'l) | 10/23 | J | | |
| 8. -PIMCo Real Return | | | | | Sold (part) | 1/18 | J | A | |
| 9. | | | | | Sold (part) | 4/4 | J | A | |
| 10. -PIMCo Total Return | | | | | Sold (part) | 1/18 | K | A | |
| 11. | | | | | Buy (add'l) | 4/4 | K | | |
| 12. | | | | | Buy (add'l) | 10/23 | K | | |
| 13. | | | | | Sold (part) | 11/6 | J | A | |
| 14. -American Beacon Intl Equity Instl | | | | | Sold | 1/18 | K | D | |
| 15. -Artisan Intl | | | | | Buy (add'l) | 11/6 | J | | |
| 16. -DFA U.S. Small Cap | | | | | | | | | |
| 17. -Columbia Intl Value Z | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 06/08/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -T Rowe Price Mid Cap | | | | | | | | | |
| 19.   -Vanguard Explorer | | | | | Sold | 12/12 | J | A | |
| 20.   -Vanguard Index 500 Signal Shares | | | | | Buy (add'l) | 1/18 | J | | |
| 21.   - PIMCo Developing Local Markets | | | | | Buy (add'l) | 1/18 | J | | |
| 22. | | | | | Sold (part) | 10/23 | K | A | |
| 23.   - Touchstone Sands Capital Inst. Growth | | | | | Buy (add'l) | 11/6 | J | | |
| 24.   - ICAP Select Equity | | | | | | | | | |
| 25.   - iShares S&P 100 Index | | | | | | | | | |
| 26.   - Western Asset Core Plus Bond Instl | | | | | Sold (part) | 10/23 | J | A | |
| 27. | | | | | Sold (part) | 11/6 | J | A | |
| 28. | | | | | Sold | 12/9 | J | A | |
| 29.   - Vanguard Intermediate Investment Grade Investor | | | | | Buy | 12/9 | J | | |
| 30.   - CRM Small Cap Value Instl | | | | | Buy | 11/6 | J | | |
| 31. | | | | | Buy | 12/12 | J | | |
| 32.   - Stratton Small Cap Value | | | | | Buy | 12/12 | J | | |
| 33.   - Harbor International Instl | | | | | Buy | 1/18 | L | | |
| 34.   - Credit Suisse Commodity Return Strategy | | | | | Buy | 11/6 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 06/08/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MI Health & Hospital Association - (401K) | A | Dividend | K | T | | | | | |
| 36. Fifth Third Bank accounts | A | Interest | J | T | | | | | |
| 37. Ohio National Univ. Life Policy | | None | K | T | | | | | |
| 38. IRA 2 | D | Dividend | M | T | | | | | |
| 39. -Schwab Adv. Cash Reserve | | | | | | | | | |
| 40. -PIMCo Low Duration | | | | | Buy (add'l) | 10/23 | J | | |
| 41. -PIMCo Real Return | | | | | Sold (part) | 4/4 | K | A | |
| 42. -PIMCo Total Return | | | | | Buy (add'l) | 4/4 | K | | |
| 43. | | | | | Buy (add'l) | 10/23 | J | | |
| 44. -American Beacon Intl. Equity Instl. | | | | | Sold | 1/18 | K | A | |
| 45. -Artisan Intl | | | | | | | | | |
| 46. -DFA U.S. Small Cap | | | | | | | | | |
| 47. -Rainier Small Mid Cap | | | | | Buy (add'l) | 1/18 | J | | |
| 48. -Vanguard Explorer | | | | | Sold | 12/12 | J | A | |
| 49. -Vanguard Index 500 Signal Shares | | | | | | | | | |
| 50. - PIMCo Developing Local Markets | | | | | Buy (add'l) | 1/18 | J | | |
| 51. | | | | | Sold (part) | 10/23 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 06/08/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - ICAP Select Equity | | | | | | | | | |
| 53. - Touchstone Sands Capital Inst. Growth | | | | | | | | | |
| 54. - iShares S&P 100 Index | | | | | | | | | |
| 55. - Western Asset Core Plus Bond Instl | | | | | Sold (part) | 10/23 | J | A | |
| 56. | | | | | Sold | 12/9 | K | A | |
| 57. - Vanguard Intermediate Investment Grade Investor | | | | | Buy | 12/9 | J | | |
| 58. - Harbor International Instl | | | | | Buy | 1/18 | K | | |
| 59. - Credit Suisse Commodity Return Strategy | | | | | Buy | 11/6 | J | | |
| 60. MI Health & Hosp. Assoc. deferred comp plan | A | Dividend | K | T | | | | | |
| 61. IRA 4 | D | Dividend | L | T | | | | | |
| 62. -Schwab Advisor Cash Reserve | | | | | | | | | |
| 63. -PIMCo Real Return | | | | | Sold (part) | 1/18 | J | A | |
| 64. -PIMCo Total Return | | | | | Sold (part) | 1/18 | K | B | |
| 65. | | | | | Sold (part) | 11/6 | J | A | |
| 66. -Columbia Int'l. Value Z | | | | | Buy (add'l) | 1/18 | J | | |
| 67. -PIMCO Developing Local Markets Instl | | | | | Buy | 1/18 | J | | |
| 68. | | | | | Sold (part) | 10/23 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 06/08/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -Vanguard Index 500 Signal | | | | | Buy | 1/18 | J | | |
| 70. | | | | | Buy (add'l) | 11/6 | J | | |
| 71.   -Artisan Intl | | | | | Buy | 11/6 | J | | |
| 72.   Schwab Individual Account | B | Dividend | L | T | | | | | |
| 73.   -Schwab Advisor Cash Reserve | A | Interest | J | T | | | | | |
| 74.   -Vanguard Index 500 Signal Shares | B | Dividend | K | T | | | | | |
| 75.   -DFA Tax Managed U.S. Small Cap | A | Dividend | J | T | | | | | |
| 76.   -Vanguard Explorer | | | | | Sold | 12/12 | J | A | |
| 77.   -American Beacon Int. Equity Instl. | | | | | Sold | 1/18 | J | A | |
| 78.   -Artisan Intl. | A | Dividend | J | T | | | | | |
| 79.   - Rainier Small/Mid Cap Instl. | A | Dividend | J | T | | | | | |
| 80.   - iShares S&P 100 Index | A | Dividend | J | T | | | | | |
| 81.   -Harbor International Instl | A | Dividend | J | T | Buy | 1/18 | J | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 06/08/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments - Item 60. This asset was incorrectly identified as IRA 3 in prior reports. It has been corrected to disclose Michigan Health & Hospital Association deferred compensation plan in this report.

Part VII. Investments - Item 61. The Schwab Advisor Cash Reserve identified as IRA 4 in prior reports (item 43-44 in 2007 report) should have been included in IRA 5 in prior reports and has been deleted from this report.

Part VII. Investments - Item 61. The name of IRA 5 in prior reports (item 64 in 2007 report) has been changed to IRA 4 in this report to reflect the deletion of former IRA 4 (see prior explanation).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544